478 A.2d 54

Commonwealth v. Belleman, Jr., Appellant.

Argued April 3, 1984. Janice L. Munz, for appellant; Robert W. Feeman, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment affirmed.

478 A.2d 55

Commonwealth v. Burgert, Appellant.

Submitted March 19, 1984. Daniel McGee, for appellant; Robert A. Mix, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.